✓ FILED ___ LODGED

___ RECEIVED ___ COPY

**2014 AUG -6  P 2: 53**

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

1   LAURA E. DUFFY
United States Attorney
2   Southern District of California
TODD W. ROBINSON
3   DAVID D. LESHNER
FRED A. SHEPPARD
4   Special Attorneys
880 Front Street, Room 6293
5   San Diego, California 92101
Telephone: 619-557-5610
6   Email: todd.robinson@usdoj.gov
Email: david.leshner@usdoj.gov
7   Email: fred.sheppard@usdoj.gov
Attorneys for Plaintiff

8

9                  UNITED STATES DISTRICT COURT

10                      DISTRICT OF ARIZONA          **VICTIM CASE**

11   UNITED STATES OF AMERICA,          Case No. <u>CR-11-0150-TUC-DCB-BPV</u>

12                  Plaintiff,                    <u>FIFTH</u>
                                          <u>SUPERSEDING INDICTMENT</u>
13           v.

14   (2) JESUS ROSARIO FAVELA-ASTORGA,   Violations:
         aka "Jesus Rosario
15           Fabela Astorga,"            18 U.S.C. § 1111 and § 1114 (First Degree
     (Counts 1-9, Forfeiture Allegation)  Murder); Count 1
16
     (3) IVAN SOTO-BARRAZA,              18 U.S.C. § 1111 and § 1114 (Second Degree
17   (Counts 1-9, Forfeiture Allegation)  Murder); Count 2

18   (4) HERACLIO OSORIO-ARELLANES,      18 U.S.C. § 1951 (Conspiracy to Interfere with
         aka "Laco,"                     Commerce by Robbery); Count 3
19   (Counts 1-9, Forfeiture Allegation)
                                          18 U.S.C. § 1951 (Attempted Interference with
20   (5) LIONEL PORTILLO-MEZA,           Commerce by Robbery); Count 4
         aka "Lionel Meza-Portillo"
21       aka "Leonel Portillo-Meza"      18 U.S.C. § 111 (Assault on a Federal Officer);
         aka "Leonel Meza-Portillo"      Counts 5,6,7 & 8
22       aka "Jesus Leonel Sanchez-Meza"
     (Counts 1-9, Forfeiture Allegation)  18 U.S.C. § 924(c) (Use and Carrying a
23                                        Firearm During a Crime of Violence); Count 9
24   (7) ROSARIO RAFAEL BURBOA-
         ALVAREZ,                        18 U.S.C. § 924(d)
25       aka "El Pariente"               28 U.S.C. § 2461(c)
         aka "Chayito"                   Forfeiture Allegation
26   (Counts 1-4, Forfeiture Allegation)
27                  Defendants.
28

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

On or about December 14, 2010, within the District of Arizona, during an attempt to interfere with commerce by robbery, as alleged in Count Four of this Fifth Superseding Indictment and incorporated herein by reference, defendants Manuel Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," and ROSARIO RAFAEL BURBOA-ALVAREZ, aka "El Pariente," aka "Chayito," did unlawfully kill with malice aforethought United States Border Patrol Agent Brian Terry while Agent Terry was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Sections 1111 and 1114 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

<u>COUNT 2</u>

On or about December 14, 2010, within the District of Arizona, defendants Manuel Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," and ROSARIO RAFAEL BURBOA-ALVAREZ, aka "El Pariente," aka "Chayito," did unlawfully kill with malice aforethought United States Border Patrol Agent Brian Terry while Agent Terry was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Sections 1111 and 1114 and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

<u>COUNT 3</u>

Beginning at a date unknown and continuing up to and including December 14, 2010, within the District of Arizona and elsewhere, defendants Manuel Osorio-Arellanes, aka "Manuel

2

Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," "Jesus Leonel Sanchez-Meza," Rito Osorio-Arellanes, (charged elsewhere), and ROSARIO RAFAEL BURBOA-ALVAREZ, aka "El Pariente," aka "Chayito," did knowingly and intentionally conspire with each other and with other persons known and unknown to the grand jury to obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as defined in Title 18, United States Code, Section 1951, by robbery, in that the defendants unlawfully conspired to interfere with the movement of drugs through the unlawful taking and obtaining of property from a person and in the presence of another, against his will, by means of actual and threatened force, violence and fear of injury, immediate and future, to his person and property and to anyone in his company at the time of the taking and obtaining; in violation of Tile 18, United States Code, Section 1951.

### MANNER AND MEANS

1.      Defendant ROSARIO RAFAEL BURBOA-ALVAREZ, aka "El Pariente," aka "Chayito," recruited defendants Manuel Osorio Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," and Rito Osorio-Arellanes (charged elsewhere) to travel from Mexico to the United States for the purpose of robbing marijuana from others.

2.      Defendants Manuel Osorio Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," and Rito Osorio-Arellanes (charged

1  elsewhere), traveled from the Republic of Mexico to the United States for the purpose of robbing

2  marijuana from others.

3      3.    Upon unlawfully entering the United States from the Republic of Mexico,

4  defendants Manuel Osorio Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere),

5  JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-

6  BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA,

7  aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus

8  Leonel Sanchez-Meza," and Rito Osorio-Arellanes (charged elsewhere) planned to arm

9  themselves with firearms.

10      4.    Defendants Manuel Osorio Arellanes, aka "Manuel Arellanes," aka "Paye,"

11  (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela

12  Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco,"

13  LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka

14  "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," and Rito Osorio-Arellanes (charged

15  elsewhere) intended to use the firearms to obtain marijuana from others by committing or

16  threatening to commit physical violence against the individuals being robbed.

17  All in violation of Title 18, United States Code, Section 1951.

18                          **COUNT 4**

19      On or about December 14, 2010, within the District of Arizona, defendants Manuel

20  Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO

21  FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA,

22  HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel

23  Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel

24  Sanchez-Meza," Rito Osorio-Arellanes, (charged elsewhere), and ROSARIO RAFAEL

25  BURBOA-ALVAREZ, aka "El Pariente," aka "Chayito," attempted to obstruct, delay, and affect

26  commerce and the movement of articles and commodities in commerce, as defined in Title 18,

27  United States Code, Section 1951, by robbery, in that the defendants unlawfully attempted to

28  interfere with the movement of drugs through the unlawful taking and obtaining of property from

4

1    a person and in the presence of another, against his will, by means of actual and threatened force,

2    violence and fear of injury, immediate and future, to his person and property and to anyone in his

3    company at the time of the taking and obtaining; in violation of Tile 18, United States Code,

4    Section 1951, Title 18, United States Code, Section 2 and  and Pinkerton v. United States, 328

5    U.S. 640 (1946).

6                                              **COUNT 5**

7          On or about December 14, 2010, within the District of Arizona, defendants Manuel

8    Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO

9    FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA,

10   HERACLIO OSORIO-ARELLANES, aka "Laco," and LIONEL PORTILLO-MEZA, aka

11   "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus

12   Leonel Sanchez-Meza," did intentionally and forcibly assault, resist, oppose, impede, intimidate

13   and interfere with United States Border Patrol Agent Brian Terry, an officer of the United States,

14   with a deadly and dangerous weapon, to wit, a firearm, while said officer was engaged in and on

15   account of the performance of his official duties; in violation of Title 18, United States Code,

16   Sections 111(a) and 111(b) and Pinkerton v. United States, 328 U.S. 640 (1946).

17                                             **COUNT 6**

18         On or about December 14, 2010, within the District of Arizona, defendants Manuel

19   Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO

20   FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA,

21   HERACLIO OSORIO-ARELLANES, aka "Laco," and LIONEL PORTILLO-MEZA, aka

22   "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus

23   Leonel Sanchez-Meza," did intentionally and forcibly assault, resist, oppose, impede, intimidate

24   and interfere with United States Border Patrol Agent William Castano, an officer of the United

25   States, with a deadly and dangerous weapon, to wit: a firearm, while said officer was engaged in

26   and on account of the performance of his official duties; in violation of Title 18, United States

27   Code, Sections 111(a) and 111(b) and Pinkerton v. United States, 328 U.S. 640 (1946).

28   //

### COUNT 7

On or about December 14, 2010, within the District of Arizona, defendants Manuel Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," and LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Gabriel Fragoza, an officer of the United States, with a deadly and dangerous weapon, to wit, a firearm, while said officer was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Sections 111(a) and 111(b) and Pinkerton v. United States, 328 U.S. 640 (1946).

### COUNT 8

On or about December 14, 2010, within the District of Arizona, defendants Manuel Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," and LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol Agent Timothy Keller, an officer of the United States, with a deadly and dangerous weapon, to wit, a firearm, while said officer was engaged in and on account of the performance of his official duties; in violation of Title 18, United States Code, Sections 111(a) and 111(b) and Pinkerton v. United States, 328 U.S. 640 (1946).

### COUNT 9

On or about December 14, 2010, within the District of Arizona, defendants Manuel Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," and LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus

Leonel Sanchez-Meza," did knowingly and intentionally use and carry a firearm during and in relation to a crime of violence, to wit, the offenses alleged in Counts One through Eight of this Fifth Superseding Indictment and incorporated herein by reference, and did possess, brandish and discharge a firearm in furtherance of said crime of violence; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i), 924(c)(1)(A)(ii) and 924(c)(1)(A)(iii) and <u>Pinkerton v. United States</u>, 328 U.S. 640 (1946).

**FORFEITURE ALLEGATION**

Upon conviction of Counts One through Nine of this Fifth Superseding Indictment, defendants Manuel Osorio-Arellanes, aka "Manuel Arellanes," aka "Paye," (charged elsewhere), JESUS ROSARIO FAVELA-ASTORGA, aka "Jesus Rosario Fabela Astorga," IVAN SOTO-BARRAZA, HERACLIO OSORIO-ARELLANES, aka "Laco," LIONEL PORTILLO-MEZA, aka "Lionel Meza-Portillo," aka "Leonel Portillo-Meza," aka "Leonel Meza-Portillo," aka "Jesus Leonel Sanchez-Meza," Rito Osorio-Arellanes, (charged elsewhere), and ROSARIO RAFAEL BURBOA-ALVAREZ, aka "El Pariente," aka "Chayito," shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in the commission of said offenses, including, but not limited to:

1.      Two (2) 7.62 x 39 mm Romanian assault rifles, model GP WASR 10/63, bearing serial numbers, 1971CZ3775 and 1983AH3977, and seventy-five (75) 7.62 x 39 mm rounds of ammunition;

2.      One (1) box of PMC Bronze .45 B 50 cartridges;

3.      Two (2) boxes of PMC bronze .223 B 20 cartridges per box;

4.       One (1) box of Golden Tiger, 7.62 x 39mm B 10 cartridges; and

5.      Four (4) boxes of Brown Bear, 7.62 x 39mm B 20 cartridges per box.

If any of the property described above, as a result of any act or omission of the defendants:

a.      cannot be located upon the exercise of due diligence;

b.      has been transferred or sold to, or deposited with, a third party;

c.      has been placed beyond the jurisdiction of the court;

d.      has been substantially diminished in value; or

e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendants up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendants.

All pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

**/ s /**
_____
Presiding Juror

LAURA E. DUFFY
United States Attorney

**AUG 0 6 2014**

By: _____**/ s /**_____
Todd W. Robinson
David D. Leshner
Fred A. Sheppard
Special Attorneys

REDACTED FOR
PUBLIC DISCLOSURE

8